KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, CA  93721
Telephone: (559) 412-8900
Facsimile:  (559) 256-9798


Attorney for Defendant
REBECA ISABEL VERDIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00178 DAD BAM (002) |
|---|---|
| Plaintiff, | **ORDER GRANTING WAIVER OF PERSONAL APPEARANCE** |
| v. | |
| REBECA ISABEL VERDIN, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That Defendant REBECA ISABEL VERDIN may be excused from making a personal appearance for her status hearing on January 25, 2016 at 1:00 p.m. and may appear through her attorney, KATHERINE HART.


IT IS SO ORDERED.

Dated:   **January 22, 2016**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE