KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, CA  93721
Telephone: (559) 412-8900
Facsimile:   (559) 256-9798

Attorney for Defendant
REBECA ISABEL VERDIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REBECA ISABEL VERDIN,<br><br>Defendant.. | CASE NO. 1:15-cr-00178 DAD BAM<br><br>**ORDER GRANTING WAIVER OF PERSONAL APPEARANCE** |

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That Defendant REBECA ISABEL VERDIN (2) may be excused from making a personal appearance for her status hearing on April 25, 2016 at 1:00 p.m. and may appear through her attorney, KATHERINE HART.  Waiver of Personal Appearance filed April 19, 2016 Doc. 30.

IT IS SO ORDERED.

Dated:   **April 20, 2016**          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE