Angel Navarro (SBN 155702)
LAW OFFICE OF ANGEL NAVARRO
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, CA 90015
Tel.: (626) 390-6621
Fax: (213) 746-4435
e-mail: angel_navarro@me.com
Attorney for Defendant
Rebeca Isabel Verdin

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Case No. 1:15-CR-00178-DAD-BAM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE: CONTINUANCE OF STATUS HEARING DATE |
| vs. | |
| Rebeca Isabel Verdin, | |
| Defendant. | |

Upon consideration of the parties' stipulation, and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

The 5th Status Conference hearing in this case as to defendant Rebeca Isable Verdin (02) be continued from September 12, 2016 to January 9, 2017, at 1:00 p.m. in courtroom 8 before Judge McAuliffe.

/

/

The Court further finds that the period or time between September 7, 2016 and January 9, 2017, is deemed excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv).  At the next status conference, the parties should be prepared to select a trial date.

IT IS SO ORDERED.

Dated:   **September 7, 2016**           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE