1  Angel Navarro (SBN) 155702
   LAW OFFICE OF ANGEL NAVARRO
2  The Petroleum Building
   714 W. Olympic Blvd., Suite 450
3  Los Angeles, CA 90015
   Tel.: (626) 390-6621
4  Fax: (213) 746-4435
   e-mail: angel_navarro@me.com
5  Attorney for Defendant
   Rebeca Isabel Verdin
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  1:15-CR-00178-DAD-BAM-2

12              Plaintiff,

13        v.                               STIPULATION AND ORDER TO
                                           CONTINUE CHANGE OF PLEA HEARING
14  REBECA ISABEL VERDIN,

15              Defendant.

16

17        Plaintiff United States of America, by and through its attorney of record,

18  Assistant United States Attorney Laurel J. Montoya, and defendant Rebeca Isabel Verdin, by and

19  through her counsel of record, Angel Navarro, hereby stipulate to continue the change of plea

20  hearing date in this case.

21        Defendant is scheduled to appear for a change of plea hearing date before the Court on

22  Wednesday February 1, 2017, at 10:00 a.m. Counsel for defendant represents that additional time

23  is necessary to confer with the defendant.  Government counsel has made a written plea offer and

24  defense counsel and the defendant require additional time to meet and confer with respect to the

25  proposed offer.  Defense counsel expects that defendant will enter a plea of guilty in this matter.

26  Defense counsel represents that failure to grant the continuance would deny him reasonable time

27  necessary for effective preparation, taking into account the exercise of due diligence. The parties

28  would stipulate to continue the change of plea hearing date to March 27, 2017, at 10:00 a.m.  The

1

1  parties would further stipulate that the period of time between the filing of this stipulation,

2  namely, January 19, 2017, to March 27, 2017, is excludable time pursuant to the Speedy Trial

3  Act, 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results for a

4  continuance granted by the Court at defendant's request, without government objection, on the

5  basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the

6  best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

7  would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of

8  justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of

9  counsel and would deny defense counsel the reasonable time necessary for effective preparation,

10  taking into account the exercise of due diligence.

11

12  **IT IS SO STIPULATED.**

13  January 24, 2017                        */S/ Angel Navarro*
                                           ANGEL NAVARRO
14                                         Attorney for Defendant
                                           Rebeca Isabel Verdin
15

16                                         PHILLIP A. TALBERT
                                           Acting United States Attorney
17

18  January 24, 2017                        *per authorization given*
                                           LAUREL J. MONTOYA
19                                         Assistant United States Attorney

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

**ORDER**

2        The Court has reviewed and considered the stipulation of the parties to continue the

3   change of plea hearing in this case.  Good cause appearing, the change of plea hearing as to

4   Rebeca Isabel Verdin currently set for February 1, 2017, is continued to March 27, 2017, at

5   10:00am.  The time period between February 1, 2017 and March 27, 2017 is excluded under the

6   Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (h)(7)(B)(iv), as the court

7   finds that the ends of justice served by granting the continuance outweigh the best interest of the

8   public and the defendant in a speedy trial.

9   IT IS SO ORDERED.

10      Dated:   **January 29, 2017**

11                                                                       UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3