UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REBECA ISABEL VERDIN,<br><br>Defendant. | Case No. 1:15-cr-00178-DAD-BAM-2<br><br>ORDER GRANTING JOINT REQUEST TO CONTINUE SENTENCING HEARING<br><br>(Doc. 54) |

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case (Doc. 54). Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for July 10, 2017, is continued until September 11, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **July 7, 2017**

_____
UNITED STATES DISTRICT JUDGE

1