Angel Navarro (SBN) 155702
LAW OFFICE OF ANGEL NAVARRO
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, CA 90015
Tel.: (626) 390-6621
Fax: (213) 746-4435
e-mail: angel_navarro@me.com
Attorney for Defendant
Rebeca Isabel Verdin

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> REBECA ISABEL VERDIN, <br> Defendant. | Case No. 1:15-cr-00178-DAD-BAM-2 <br><br> STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Laurel J. Montoya, and defendant Rebeca Isabel Verdin, by and through her counsel of record, Angel Navarro, hereby stipulate to continue the sentencing hearing date in this case.

Defendant is scheduled to appear for a sentencing hearing date before the Court on Monday September 11, 2017, at 10:00 a.m. Counsel for defendant would like to request a continuance of the current sentencing hearing date in order to allow for defendant to have her seven year-old son treated for a heart condition (supraventricular tachycardia) that will require surgery. Defendant's son is scheduled to have the procedure performed during the month of September or October 2017. Defendant would like the opportunity to be with her son after he recovers from the procedure. The parties would stipulate to continue the sentencing hearing date to January 8, 2018, at 10:00 a.m.

///

1 | IT IS SO STIPULATED.

2 | September 3, 2017        /S/ *Angel Navarro*
3 | DATE                     ANGEL NAVARRO
                             Attorney for Defendant
4 |                          Rebeca Isabel Verdin

5 |
                             PHILLIP A. TALBERT
6 |                          Acting United States Attorney

7 | September 3, 2017        *per authorization given*
8 | DATE                     LAUREL J. MONTOYA
                             Assistant United States Attorney
9 |                          Attorneys for Plaintiff
                             UNITED STATES OF AMERICA

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for September 11, 2017, is continued until January 8, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 5, 2017**

UNITED STATES DISTRICT JUDGE