```
Angel Navarro (SBN) 155702
LAW OFFICE OF ANGEL
NAVARRO
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, CA 90015
Tel.: (626) 390-6621
Fax: (213) 746-4435
e-mail: angel_navarro@me.com

Attorney for Defendant
Rebeca Isabel Verdin
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00178-DAD-BAM-2 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| REBECA ISABEL VERDIN, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Laurel J. Montoya, and defendant Rebeca Isabel Verdin, by and through her counsel of record, Angel Navarro, hereby stipulate to continue the sentencing hearing date in this case.

Defendant is scheduled to appear for a sentencing hearing date before the Court on Monday January 8, 2018, at 10:00 a.m. Counsel for defendant would like to request a continuance of the current sentencing hearing date in order to obtain additional sentencing letters and prepare a sentencing filing once the additional sentencing letters have been received. The parties would stipulate to continue the sentencing hearing date to February 26, 2018, at 10:00 a.m.

///

///

///

1

IT IS SO STIPULATED.

DATE: January 3, 2018          /s/ Angel Navarro
                               ANGEL NAVARRO
                               Attorney for Defendant
                               Rebeca Isabel Verdin


                               PHILLIP A. TALBERT
                               Acting United States Attorney

DATE: January 3, 2018          /s/ Laurel J. Montoya
                               LAUREL J. MONTOYA
                               Assistant United States Attorney
                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 8, 2018, is continued until **March 12, 2018,** at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **January 4, 2018**                    _____
                                              UNITED STATES DISTRICT JUDGE