Angel Navarro (SBN) 155702
LAW OFFICE OF ANGEL NAVARRO
1 S. Fair Oaks Avenue, Suite 401
Pasadena, CA 91105
Tel.: (626) 390-6621
e-mail: angel_navarro@me.com

Attorney for Defendant
Rebeca Isabel Verdin

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00178-DAD-BAM-2 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING DEFENDANT'S SELF-SURRENDER DATE |
| REBECA ISABEL VERDIN, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Laurel J. Montoya, and defendant Rebeca Isabel Verdin, by and through her counsel of record, Angel Navarro, hereby stipulate to extend the defendant's previously set self-surrender date.

Defendant appeared before the Court for sentencing on March 12, 2018. The Court imposed a 36-month prison term. The Court also set a self-surrender date of May 23, 2018. Defendant is currently scheduled to appear in Riverside County Superior Court on June 21, 2018, at 8:30 a.m. in order to accompany her eight year-old minor son. Defendant's minor son was the victim of an assault on December 31, 2017 and the matter is currently scheduled for June 21, 2018 (People v. Christian Hercules, RIM1803105). The requested extension of defendant's self-

///

///

1

surrender date will allow for defendant to appear in Riverside Superior Court with her minor son. The parties would stipulate that a new self-surrender date of July 6, 2018 be set by the Court.

IT IS SO STIPULATED.

DATE: May 11, 2018  /s/ Angel Navarro
ANGEL NAVARRO
Attorney for Defendant
Rebeca Isabel Verdin


PHILLIP A. TALBERT
Acting United States Attorney

DATE: May 11, 2018  /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

Upon consideration of the parties' stipulation, and good cause having been shown, it is hereby ordered that the previously set self-surrender date in this case be extended from May 23, 2018, to July 6, 2018 before 12:00p.m.

IT IS SO ORDERED.

Dated: **May 11, 2018**  _____
UNITED STATES DISTRICT JUDGE

2